# United States District Court

## EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

V.

GERALD ROBERTS

**WARRANT FOR ARREST**

CASE NUMBER: CR 00-375 C (2)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Gerald Roberts and bring him or her forthwith to the nearest magistrate judge to answer a(n)

(X) Indictment  ( ) Information  ( ) Complaint  ( ) Order of Court  ( ) Violation Notice  ( ) Probation Violation Petition

charging him with theft of federal property and for violations of the Federal Controlled Substances Act.

in violation of Title 18,21 United States Code, Section(s) 641, 846

**LORETTA G. WHYTE**
Name of Issuing Officer

**CLERK**
Title of Issuing Officer

Signature of Issuing Officer
(By) Deputy Clerk

**November 30, 2000   New Orleans, Louisiana**
Date and Location

Bail fixed at $_____  by _____
Name of Judicial Officer

___ Fee
___ Process
_X_ Dkt'd
___ CtRmDep
___ Doc. No

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at EDLA ||| 
| DATE RECEIVED 11-30-2000 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 12-08-2000 | DUSM J. Klonowski | |